UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE HOTEL CIRCLE LP dba Comfort Inn and Suites San Diego Zoo SeaWorld Area,<br><br>Defendant. | Case No.: 21-CV-1458 JLS (DEB)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 3) |

Presently before the Court is Defendant's Motion to Dismiss for Lack of Standing (ECF No. 3). The Court **VACATES** the hearing scheduled for November 18, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: November 12, 2021

Hon. Janis L. Sammartino
United States District Judge

1

21-CV-1458 JLS (DEB)