Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax: (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant PINNACLE HOTEL CIRCLE LP

# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, an individual, <br><br> Plaintiff, <br><br> v. <br><br> PINNACLE HOTEL CIRCLE LP dba Comfort Inn and Suites San Diego Zoo SeaWorld Area, <br><br> Defendant. | Case No. 3:21-cv-01458-JLS-DEB <br><br> **NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF STANDING** <br><br> Date: July 28, 2022 <br> Time: 1:30 p.m. <br> Courtroom: 4D <br><br> Hon. Janis L. Sammartino |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on July 28, 2022 at 1:30 p.m. or as soon thereafter as the matter may be heard in Courtroom 4D of the above-entitled court, located at 221 West Broadway, San Diego, CA 92101, PINNACLE HOTEL CIRCLE LP, ("Defendant") will and hereby does move the Court for an Order dismissing the Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

This motion is brought on the grounds that Fernando Gastelum ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint and fails to allege sufficient facts to support standing under the Unruh Act.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Troy Sims, the Declaration of Philip Stillman, the Request for Judicial Notice, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

WHEREFORE, defendant respectfully requests that this Court dismiss this case with prejudice and without leave to amend.

Respectfully Submitted,

STILLMAN & ASSOCIATES

Dated: June 22, 2022            By:_____
                                    Philip H. Stillman, Esq.
                                Attorneys for defendant

Notice of Motion and Motion to Dismiss            -1-

## PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on June 23, 2022 or as soon as possible thereafter, copies of the foregoing Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Troy Sims, the Declaration of Philip Stillman and the Request for Judicial Notice was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for DEFENDANT