UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, an individual,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>PINNACLE HOTEL CIRCLE LP dba Comfort Inn and Suites San Diego Zoo SeaWorld Area,<br><br>　　　　　　　　　　　　Defendant. | Case No.: 21-CV-1458 JLS (DEB)<br><br>**ORDER VACATING HEARING**<br><br>(ECF No. 15) |

　　　Presently before the Court is Defendant's Motion to Dismiss for Lack of Jurisdiction and Failure to State a Claim (ECF No. 15). On its own motion, the Court **VACATES** the hearing scheduled for July 28, 2022, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

　　　**IT IS SO ORDERED.**

Dated: July 20, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

1

21-CV-1458 JLS (DEB)