UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>PINNACLE HOTEL CIRCLE LP, dba Comfort Inn and Suites San Diego Zoo SeaWorld Area,<br><br>　　　　　　　Defendant. | Case No.:  21-cv-1458- JLS-DDL<br><br>**ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S REQUEST FOR EARLY NEUTRAL EVALUATION**<br><br>**[Dkt. No. 23]** |

　　　　Before the Court is Plaintiff's Request for Early Neutral Evaluation Conference. Dkt. No. 23. Plaintiff requests that the Court schedule an Early Neutral Evaluation ("ENE") because the District Court denied Defendant's Motion to Dismiss on December 5, 2022. *See* Dkt. No. 22.

　　　　The District's Local Rules require the Court to schedule an ENE within 45 days of the filing of an answer, although the parties may request that an ENE before the pleadings are closed. CivLR 16.1.c.1. The docket reflects that Defendant has not yet filed an answer to the complaint. Furthermore, on the record before it, the Court finds that an expedited ENE is not necessary, and that judicial economy is best served by conducting the ENE after Defendant has answered the complaint.

For these reasons, Plaintiff's Request for Early Neutral Evaluation Conference [Dkt. No. 23] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Dated: December 16, 2022

*David Leshner*

Honorable David D. Leshner
United States Magistrate Judge