UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>                          Plaintiff,<br><br>v.<br><br>PINNACLE HOTEL CIRCLE LP, dba Comfort Inn and Suites San Diego Zoo SeaWorld Area,<br><br>                          Defendant. | Case No.:  21-cv-1458- JLS-DDL<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S RENEWED REQUEST FOR EARLY NEUTRAL EVALUATION**<br><br>**[Dkt. No. 27]** |

      Before the Court is Plaintiff's Renewed Request for Early Neutral Evaluation Conference (the "Request").  Dkt. No. 27.  The Court denied Plaintiff's previous request for an Early Neutral Evaluation ("ENE") because Defendant had not yet answered the complaint.  *See* Dkt. No. 23, 24.  Defendant filed its answer on January 2, 2023 (*see* Dkt. No. 25) and on January 3, 2023, Plaintiff mailed his Request to the Court.  *See* Dkt. No. 27.

      On January 4, 2023, before the Court received or docketed Plaintiff's Request, the undersigned issued an order setting the matter for an ENE on February 22, 2023, and set deadlines for the parties to meet and confer and provide the Court with information necessary to conduct the ENE. Dkt. No. 26.

| | |
|---|---|
| 1 | Accordingly, Plaintiff's Renewed Request for Early Neutral Evaluation |
| 2 | Conference [Dkt. No. 27] is **DENIED AS MOOT**. |
| 3 | **IT IS SO ORDERED**. |
| 4 | Dated: January 9, 2023 |

*David Leshner*

Honorable David D. Leshner
United States Magistrate Judge