1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FERNANDO GASTELUM, an individual,

Plaintiff,

v.

PINNACLE HOTEL CIRCLE LP dba
Comfort Inn and Suites San Diego Zoo
SeaWorld Area,

Defendant.

Case No.: 21-CV-1458 JLS (DEB)

**ORDER STRIKING PLAINTIFF'S
MOTION FOR SUMMARY
JUDGMENT**

(ECF No. 36)

Presently before the Court is Plaintiff's Motion for Summary Judgment (ECF No. 36).  The Motion was filed without Plaintiff first obtaining a hearing date from chambers, in violation of Civil Local Rules 7.1(b) and 7.1(f)(1).  "The requirement that a party obtain a hearing date from the judge's clerk is no empty formality; it is a rule of substantial importance.  Under Civil Local Rule 7.1(e)(1)–(3), the hearing date sets in motion a calendar for the filing of opposition and reply briefs." *Kashin v. Kent*, No. 02CV2495LAB(WMC), 2007 WL 1975435, at *1 (S.D. Cal. Apr. 26, 2007), *aff'd*, 342 F. App'x 341 (9th Cir. 2009).  Plaintiff's failure to comply with the Civil Local Rules is grounds to reject the filing. *See id.* at *2; *see also* S.D. Cal. CivLR 83.1(a) (providing that failure to comply with the Civil Local Rules "may be grounds for imposition by the Court

1    of any and all sanctions authorized by statute or rule or within the inherent power of the

2    Court").  Accordingly, the Court **STRIKES** the Motion for failure to comply with this

3    District's Civil Local Rules.  Plaintiff **MAY REFILE** the Motion in accordance with

4    appropriate Court procedures.

5         **IT IS SO ORDERED.**

6    Dated:  May 18, 2023

7                                          *Janis L. Sammartino*
                                           Hon. Janis L. Sammartino

8                                          United States District Judge